Walter Ray, et al., Appellants, v. Hanson Motor Company, Appellee.

*A. L. Bragden* and *H. L. Anderson,* for Appellants.

Burguieres & Chipley, Incorporated, et al., Appellants v. Palm Beach Allapattah Company, Appellee.

*Beall & Farish,* for the motion.

Clara L. Harrison, et al., Appellants, v. Charles I. Brooks &c., Appellee.

*Van C. Swearingen,* for Appellants;

*Benson, McGary & Sullivan* and *C. S. Ellis,* for Appellee.